UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RONALD E. CARREON,<br>    Plaintiff(s),<br>v.<br>SMITH'S FOOD & DRUG STORES,<br>    Defendant(s). | Case No.: 2:18-cv-01933-APG-NJK<br>**ORDER** |

On February 26, 2019, the undersigned resolved discovery motions and ordered Smith's to produce documents and present a Rule 30(b)(6) witness for deposition by March 28, 2019. Docket No. 22. Now pending before the Court is a joint interim status report that indicates that Smith's did not comply with that order. *See* Docket No. 27 at 1, 2. The Court reminds counsel that the mere filing of an objection to a magistrate judge's non-dispostive order does not stay the obligation to comply with that order. *See, e.g.*, *Garity v. Donahoe*, 2014 WL 4402499, at *2 (D. Nev. Sept. 5, 2014) (collecting cases). The Court **ORDERS** Smith's to produce the subject documents and present its Rule 30(b)(6) witness by April 23, 2019. **The Court expects strict compliance with its orders moving forward.**

IT IS SO ORDERED.

Dated: April 9, 2019

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1