# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RONALD E. CARREON, an individual<br><br>Plaintiff<br><br>v.<br><br>SMITH'S FOOD & DRUG STORES, INC., DBA SMITH'S, a division of The Kroger Co., an Ohio corporation; DOES I through XXX, inclusive; and ROE BUSINESS ENTITIES I through XXX, inclusive<br><br>Defendants | Case No.: 2:18-cv-01933-APG-NJK<br><br>**Order Denying Defendant's Objection to Magistrate Judge's Order**<br><br>[ECF No. 41] |

Plaintiff Ronald E. Carreon filed an objection (ECF No. 41) to Magistrate Judge Koppe's order (ECF No. 36) granting the defendant's motion to exclude Carreon's fifth supplemental disclosure. I have reviewed the related papers. Magistrate Judge Koppe's order is not clearly erroneous or contrary to law. LR IB 3-1(a). Accordingly, Magistrate Judge Koppe's order (ECF No. 36) is AFFIRMED and Carreon's objection **(ECF No. 41) is DENIED.**

Dated: October 9, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE